RECEIVED
JUL 23 2012

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CAROLYN BARNES And Her Children<br>  Plaintiffs<br><br>V.<br><br>DENNIS G. TUMLINSON,<br>GREG HAMILTON, TRAVIS COUNTY<br>SHERIFF DEPARTMENT, BILL SWAIM,<br>DAVID ESCAMILLA, IRMA GUERRERO,<br>ALLISON SAENZ, RON MORGAN,<br>COTTON, ROBERT LERMA, THREE<br>UNIDENTIFIED DEPUTIES, DEBORAH<br>KLEKAR, TRAVIS COUNTY, TEXAS<br>AUSTIN AMERICAN STATESMAN,<br>AUSTIN LEGAL BLOG, ZACH RYALL,<br>ONE THAT KNOWS, ANOTHER THAT<br>KNOWS, LIBERALS R. CLUELESS,<br>NATIVESON, HURST, ANONYMOUS,<br>ERIN CARGILE, KXAN,<br>NOELLE NEWTON, JIM BERGAMO,<br>KVUE-TV,<br>KEYE,<br>JAMES WILSON, WILLIAMSON<br>COUNTY SHERIFF DEPARTMENT,<br>KATHLEEN GITTEL,<br>HAROLD POPPA,<br>MICHAEL SCHEFFLER,<br>D. "DIANE" HERNANDEZ,<br>NICK RICHTER,<br>RUSSELL TRAVIS,<br>PAUL BOGAN, JOHN FOSTER,<br>ROBERT NEWELL,<br>PETE HUGHEY,<br>DOUG WAGGONER,<br>BELINDA BARTZ,<br>JEREME BRINKMANN,<br>RICHARD DE LA VEGA,<br>JOHN FOSTER,<br>DALE RYE, DEE HOBBS,<br>SUZANNE BROOKS,<br>JOHN BRADLEY, TRAVIS MCDONALD, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **FILED**<br>JUL 23 2012<br>CLERK, U.S. DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>BY _____ DEPUTY CLERK<br><br>CIVIL ACTION # A-12-CA-028<br>42 USC § 1983<br>42 USC § 1985 (2), § 1988<br>18 USC § 241, 242<br>18 USC § 1961-1968<br>18 USC § 1512<br>18 USC § 1513<br>18 USC § 1343<br>18 USC § 1957<br>Tex. CCP 46B<br>Tex. Health & Safety Code,<br>Title 7, Subtitle C,<br>Chapters 571, 574<br><br>JURY TRIAL |

| | |
|---|---|
| ROBERT MCCABE, ALAN SCHREIBER, | § |
| KEN ANDERSON, | § |
| BURT CARNES, | § |
| DOUG SHAVER, | § |
| MARTY GRIFFITH, | § |
| JOHN CLIFTON, | § |
| DUSTY HUMES, | § |
| DAVID RUPPART, | § |
| WILLIAMSON COUNTY, TEXAS | § |
|    Defendants | § |

## DECLARATION UNDER PENALTY OF PERJURY
## FOR
## PLAINTIFFS' THIRD AMENDED ORIGINAL COMPLAINT

**TO THE HONORABLE JUDGE OF SAID COURT:**

COME NOW Plaintiffs, Carolyn Barnes, (hereinafter referred to as "BARNES"), and her children, and files this DECLARATION UNDER PENALTY OF PERJURY for Plaintiffs' Third Amended Original Complaint, which was inadvertently omitted, and in support thereof would show the following:

I.

The undersigned declares under penalty of perjury that she is the plaintiff in the above action, and that she has read the Plaintiffs' Third Amended Original Complaint, and that the information contained therein is true and correct. 28 U.S.C. Section 1746; 18 U.S.C. Section 1621.

Respectfully submitted,

Carolyn Barnes
KSH Unit 2C
Kerrville, Texas 78028

BY: /s/ Carolyn Barnes
Carolyn Barnes
*Attorney-in-Charge for Plaintiffs*

RECEIVED
JUL 23 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
    DEPUTY CLERK

Carolyn Barnes
KSH-Unit 2C
721 Thompson Drive
Kerrville, Texas 78028

July 19, 2012

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
200 W. 8th Street, Room 130
Austin, Texas 78701-9620

RE: Civil Action No. A-12-CA-028-LY, Carolyn Barnes v. Dennis Tumlinson, et al

Dear Clerk,

Enclosed please find the following documents for filing in the above captioned and number cause:

(1) DECLARATION UNDER PENALTY OF PERJURY FOR PLAINTIFFS' THIRD AMENDED ORIGINAL COMPLAINT

I realized that I inadvertently left off the declaration when I filed the Third Amended Original Complaint. Please attach this declaration to the said amended complaint and file it with the court.

Please advise if the court requires a motion for leave to attach the declaration to the third amended complaint and I will immediately send the motion. If I do not hear otherwise, I will assume that this letter and filing will suffice for the attachment of the declaration to the third amended complaint and will correct the inadvertent error on my part.

Thanking you before hand for your kind consideration and prompt assistance in this matter.

Very truly yours,

Carolyn Barnes

Carolyn Barnes
KSH - Unit 2L
191 Thompson Drive
Kerrville, TX 78028

RECEIVED
JUL 23 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
200 W. 8th Street, Room 130
Austin, TX 78701-9620