IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CAROLYN BARNES, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-12-CV-028-LY |
| § | |
| TRAVIS COUNTY SHERIFF'S § | |
| DEPARTMENT, ET AL., § | |
| DEFENDANTS. § | |

## FINAL JUDGMENT

Before the court is the above-styled and numbered cause of action. On July 22, 2013, the court rendered an order dismissing with prejudice all claims asserted by Plaintiff Carolyn Barnes in this suit. In that order, the court gave Barnes one final opportunity to replead her claiims in a meaningful fashion and ordered her to file an amended complaint not to exceed 50 pages on or before August 19, 2013. Barnes failed to do so. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that this case is **CLOSED**.

SIGNED this _____ day of August, 2013.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE