IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED**

2014 MAR 18  AM 11: 40

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
            DEPUTY

| | | |
|---|---|---|
| CAROLYN BARNES, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:12-CV-028-LY |
| | § | |
| TRAVIS COUNTY SHERIFF'S | § | |
| DEPARTMENT, ET AL., | § | |
| DEFENDANTS. | § | |

## FINAL JUDGMENT

Before this Court is the above styled and numbered cause of action. On this same date, by separate order, this court dismissed with prejudice Plaintiff *pro se* Carolyn Barnes's claims against all defendants for failure to comply with a court order. *See* Fed. R. Civ. P. 41(b). As nothing remains for the court to resolve, the court signs the following Final Judgment. *See* Fed. R. Civ. P. 58.

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

**IT IS FINALLY ORDERED** that Plaintiff *pro se* Carolyn Barnes is **BARRED FROM FILING** any additional pleadings or motions in this action, with the exception of a notice of appeal, the appellate filing fee, or a request to proceed *in forma pauperis* on appeal, until and unless the Fifth Circuit remands this action to this court.

SIGNED this **18th** day of March, 2014.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE