# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

November 9, 2015

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  Carolyn Barnes
           v. Dennis Tumlinson, et al.
           No. 15-5987
           (Your No. 14-50350)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk

# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130**

November 10, 2015

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 14-50350    Carolyn Barnes v. Dennis Tumlinson, et al
                           USDC No. 1:12-CV-28

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order denying certiorari.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    /s/ Lisa G. Landry

By: _____
Lisa G. Landry, Deputy Clerk
504-310-7649